### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHN BACHELDER,**

      **Plaintiff,**

**v.**                             **Case No:**

**TRUEACCORD CORP and LVNV**
**FUNDING LLC**,

                                        **DEMAND FOR JURY TRIAL**

      **Defendants.**

_____/

### PLAINTIFF'S COMPLAINT WITH INJUNCTIVE RELIEF SOUGHT

**COMES NOW**, Plaintiff, **JOHN BACHELDER** ("Mr. Bachelder" or "Plaintiff") by and through the undersigned counsel, and hereby sues and files this Complaint and Demand for Jury Trial with Injunctive Relief Sought against Defendants, **TRUEACCORD CORP** ("Debt Collector"), and **LVNV FUNDING LLC** ("Debt Owner") (collectively "Defendants"), and in support thereof state as follows:

### *Introduction*

1.      This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA") in attempting to collect such Debt by disclosing Mr. Bachelder's information to third parties without Mr. Bacheler's prior express consent, which can reasonably be expected to harass Mr. Bachelder.

### *Jurisdiction and Venue*

2.      This Court has subject matter jurisdiction over the instant case arising under the federal question presented in the FDCPA pursuant to 28 U.S.C. § 1331.

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **1** of **7**

3.      Venue lies in this District pursuant to 28 U.S.C. § 1391 (b) and 15 U.S.C. § 1692k (d), as a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

### *Parties*

4.      Plaintiff, Mr. Bachelder, is a natural person and, at all times material hereto, is an adult, a resident of Pasco County, Florida, a "consumer" as defined by 15 U.S.C. § 1692a (3),.

5.      At all times material hereto, Debt Collector was and is a corporation with its principle place of business in the State of CA and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, FL 32301.

6.      Further, at all times material hereto, Debt Collector is a "Debt Collector" as defined and 15 U.S.C. § 1692a (6).

7.      At all times material hereto, Debt Owner was and is a corporation with its principle place of business in the State of NV and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, FL 32301.

8.      At all times material hereto, Debt Collector was performing debt collection owed to Debt Owner to satisfy Mr. Bachelder's alleged debt.

9.      At all times material hereto, Debt Collector was acting within the scope of an employee, representative, or agent on behalf of Debt Owner for purposes of collecting Mr. Bachelder's alleged debt for Debt Owner.

10.     As such, Debt Owner is responsible for the conduct of Debt Collector as its employee, representative, or agent.

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **2** of **7**

11.     Under information and belief, Debt Owner granted Debt Collector access to information and systems that normally would be within Debt Owner's exclusive control, including, but not limited to Mr. Bachelder's information.

12.     Under information and belief, Debt Owner allowed Debt Collector to enter Mr. Bachelder's information into Debt Owner's sales or customer systems.

13.     Under information and belief, Debt Owner gave Debt Collector authority to use the principal's trade name, trademark, or service mark.

14.     Under information and belief, Debt Owner approved, wrote, or reviewed a form e-mail for Debt Collector to use when e-mailing Mr. Bachelder's daughter.

15.     Under information and belief, Debt Owner had actual knowledge of Debt Collector's FDCPA violations and Debt Owner failed to stop such violations by Debt Collector.

16.     Under information and belief, via a contractual relationship between the parties, Debt Owner had control or the ability to control Debt Collector's actions in attempting to collect Mr. Bachelder's debt on behalf of Debt Owner.

### Statements of Fact

17.     Mr. Bachelder opened a personal credit card account with Credit One Bank, N.A. ("Account").

18.     Sometime thereafter, Mr. Bachelder encountered financial difficulties and fell behind on his payments towards the Account and incurred an outstanding balance owed thereunder ("Debt").

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **3** of **7**

19.    Credit One Bank, N.A. then sold, assigned, or transferred the Account to Debt Owner.

20.    Debt Owner then assigned the Account to Debt Collector for debt collection purposes.

21.    In July of 2019, Debt Collector began sending collection e-mails to Mr. Bachelder's daughter, Tiffany Laskin ("Ms. Laskin"), in attempts to collect the Debt.

22.    Mr. Bachelder had never provided Credit One Bank, N.A. nor Debt Owner with his daughter's e-mail address.

23.    For example, on July 3, 2019, Defendant sent a collection e-mail to Ms. Laskin's e-mail address in attempts to collect the Debt ("Collection E-mail 1"). *See* **Exhibit A.**

24.    Collection E-mail 1 was sent to Ms. Laskin's e-mail address; demanded an amount due of $678.48; represented that "LVNV Funding is now the owner of the Debt; we are now collecting on LVNV Funding's behalf; and this is a communication from a debt collector and information collected will be used for that purpose;" included Mr. Bachelder's name, phone number, mailing address, and account number, and offered payment options that included Debt Collector's online portal.  *See* **Exhibit A.**

25.    On July 7, 2019, Debt Collector sent another collection e-mail to Ms. Laskin in attempts to collect the alleged Debt ("Collection E-mail 2"). *See* **Exhibit B.**

26.    Collection E-mail 2 was sent to Ms. Laskin's e-mail address; demanded a total amount due of $678.48; and represented that "LVNV Funding is now the owner of the Debt; we are now collecting on LVNV Funding's behalf; and this is a communication

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **4** of **7**

from a debt collector and information collected will be used for that purpose;" included Mr. Bachelder's name, phone number, mailing address, and account number, and offered payment options that included Debt Collector's online portal.   *See* **Exhibit B.**

27.     Between the time period of July 2019 and August 2019, Debt Collector continued to send collection e-mails to Ms. Laskin in attempts to collect the alleged Debt. *See* **Composite Exhibit C.**

28.     Ms.  Laskin was not on the Account nor was her contact information ever provided to Credit One Bank, N.A. or Debt Owner.

29.     Despite Ms.  Laskin's contact information never being provided and Mr. Bachelder never giving prior express consent to Debt Collector to contact any third party, Debt Collector continued to send collection e-mails directly to Ms.  Laskin in attempts to collect the allged Debt.

30.     Debt Collector has e-mailed Ms. Laskin at least twenty (20) times during the time period from July of 2019 to the present date.

31.     All of Debt Collector's collection e-mails to Ms.  Laskin were sent in an attempt to collect the alleged Debt.

32.     Debt Collector has harassed Mr. Bachelder by disclosing his personal information to third parties without his prior consent.

### *Count 1: Violation of the Fair Debt Collection Practices Act ("FDCPA")*

33.     Mr. Bachelder re-alleges paragraphs 1-32 and incorporates the same herein by reference.

34.     Mr. Bachelder is a "consumers" within the meaning of the FDCPA.

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **5** of **7**

35.     The subject debt is a "consumer debt" within the meaning of the FDCPA.

36.     Debt Collector is a "debt collector" within the meaning of the FDCPA.

37.     Debt Collector violated the FDCPA. Debt Collector's violations include, but are not limited to, the following:

   a.   Debt Collector violated 15 U.S.C. § 1692c (b) by communicating with Mr. Bachelder's daughter, Ms. Laskin, in attempts to collect the Debt when Debt Collector was not directly given Mr. Bachelder's prior express consent to contact Ms. Laskin or any other third party.

38.     As a result of the above violations of the FDCPA, Mr. Bachelder has been subjected to illegal collection activities for which he has been damaged.

39.     Debt Collector's actions have damaged Mr. Bachelder by being a nuisance and causing him aggravation.

40.     Debt Collector's actions have damaged Mr. Bachelder by invading his privacy.

41.     It has been necessary for Mr. Bachelder to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay reasonable attorney's fees.

42.     All conditions precedent to this action have occurred.

   **WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

   a.   Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **6** of **7**

b.   Awarding actual damages;

c.   Awarding punitive damages;

d.   Awarding costs and attorneys' fees;

e.   Ordering an injunction preventing further wrongful contact by the Debt Collector; and

f.   Any other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiffs, Amy and John Bachelder, demand a trial by jury on all issues so triable.

Respectfully submitted this **September 24, 2019**,

*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
Florida Bar No. 74864
mike@zieglerlawoffice.com

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132
kaelyn@zieglerlawoffice.com

Law Office of Michael A. Ziegler, P.L.
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p)  (727) 538-4188
(f)  (727) 362-4778
Attorneys and Trial Counsel for Plaintiff

Plaintiffs' Complaint and Demand for Jury Trial with Injunctive Relief Sought
*Bachelder v. TrueAccord Corp and LVNV Funding LLC*
Page **7** of **7**